BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Lyft, Inc. Passenger Sexual Assault Litigation* | ) ) ) ) )    MDL Docket No. _____ |

**MOTION OF PLAINTIFF FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff J.E. ("Movant")[1] respectfully moves the Judicial Panel on Multidistrict Litigation ("Panel") pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Panel, to transfer the actions listed in the attached Schedule of Actions and all subsequent tag-along actions to the United States District Court for the Northern District of California, for coordinated or consolidated proceedings before the Honorable Charles R. Breyer, or, in the alternative, to the United States District Court for the Western District of Washington. Movant also contemporaneously submits her Memorandum in support of this motion, incorporated herein by reference, setting forth the reasons for centralization and transfer.

Dated: October 6, 2025

Respectfully submitted,

*/s/ Samantha Hoefs*
Samantha Hoefs
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
60 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 445-0202
Facsimile: (202) 297-7297
Email: shoefs@nighgoldenberg.com

*Counsel for Movant J.E.*

---

[1] Movant is the named plaintiff in one of the first filed cases filed in this matter, which is presently pending in the United States District Court for the District of Maryland.

1