**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| *In re: Lyft, Inc. Passenger Sexual Assault Litigation* | ) ) ) ) ) | **MDL Docket No. _____** |
|---|---|---|

**SCHEDULE OF ACTIONS**

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff(s):** Tabatha Means<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-00177-MMC | Honorable Maxine M. Chesney |
| 2 | **Plaintiff(s):** Laurie Spano<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-00799-MMC | Honorable Maxine M. Chesney |
| 3 | **Plaintiff(s):** Maribeth Stencel<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-01535-MMC | Honorable Maxine M. Chesney |
| 4 | **Plaintiff(s):** K.T.<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Washington Western District | 2:25-cv-01589-DWC | Honorable David W. Christel |
| 5 | **Plaintiff(s):** J.E.<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, District of Maryland | 1:25-cv-02786-JRR | Honorable Julie R. Rubin |
| 6 | **Plaintiff(s):** K.S.<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court of North Carolina, Western District | 3:25-cv-00649-FDW-DCK | Honorable Frank D. Whitney |

| | | | | |
|---|---|---|---|---|
| 7 | **Plaintiff(s):** Heather Bland<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Illinois Central District | 2:25-cv-02236-JEH-RLH | Honorable Jonathan E. Hawley |
| 8 | **Plaintiff(s):** A.D., an individual<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, District of Massachusetts | 25-cv-12423 | Honorable Indira Talwani |
| 9 | **Plaintiff(s):** Jane Doe NLG (BJ)<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:25-cv-07369-SK | Magistrate Judge Sallie Kim |
| 10 | **Plaintiff(s):** Doe CM<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:25-07396 | Magistrate Judge Sallie Kim |
| 11 | **Plaintiff(s):** Jane Doe (I.H.)<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:25-cv-07412-SK | Magistrate Judge Sallie Kim |
| 12 | **Plaintiff(s):** Jane Doe (E.J.)<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Texas Northern District | 3:25-cv-02464-K | Honorable Ed Kinkeade |
| 13 | **Plaintiff(s):** Jane Doe<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Texas Southern District | 4:25-cv-04346 | Honorable Ewing Werlein, Jr. |
| 14 | **Plaintiff(s):** Jane Doe (S.M.)<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:25-cv-07929-TSH | Magistrate Judge Thomas S. Hixson |
| 15 | **Plaintiff(s):** Jane Doe (R.P.)<br>**Defendant(s):** Lyft, Inc., a Delaware Corporation; and | U.S. District Court, California Northern District | 3:25-cv-07930-AGT | Magistrate Judge Alex G. Tse |

|    |    |    |    |    |
|----|----|----|----|----|
|    | DOES 1 through 50, Inclusive |    |    |    |
| 16 | **Plaintiff(s):** J.S. **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive, Inc. | U.S. District Court, Georgia Northern District | 1:25-cv-05350 | Honorable Steven D. Grimberg |
| 17 | **Plaintiff(s):** CLF L001 **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1–50, Inclusive | U.S. District Court, New York Southern District | 7:25-cv-08206-JGLC | Honorable Jessica G.L. Clarke |

Dated: October 6, 2025

Respectfully submitted,

/s/ Samantha Hoefs
Samantha Hoefs
**Nigh Goldenberg Raso & Vaughn PLLC**
60 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: 612.445.0202
Facsimile: 202.297.7297
Email: shoefs@nighgoldenberg.com

*Counsel for Movant J.E.*