# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | *In re Lyft, Inc. Passenger Sexual Assault Litigation* | | MDL No. 3171 | |

## SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff(s):** Tabatha Means **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-00177-MMC | Honorable Maxine M. Chesney |
| 2 | **Plaintiff(s):** Laurie Spano **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-00799-MMC | Honorable Maxine M. Chesney |
| 3 | **Plaintiff(s):** Maribeth Stencel **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-01535-MMC | Honorable Maxine M. Chesney |

| 4 | **Plaintiff(s):** K.T. **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Washington Western District | 2:25-cv-01589-DWC | Honorable David W. Christel |
|---|---|---|---|---|
| 5 | **Plaintiff(s):** J.E. **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, District of Maryland | 1:25-cv-02786-JRR | Honorable Julie R. Rubin |
| 6 | **Plaintiff(s):** K.S. **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court of North Carolina, Western District | 3:25-cv-00649-FDW-DCK | Honorable Frank D. Whitney |
| 7 | **Plaintiff(s):** Heather Bland **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Illinois Central District | 2:25-cv-02236-JEH-RLH | Honorable Jonathan E. Hawley |
| 8 | **Plaintiff(s):** A.D., an individual **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, District of Massachusetts | 25-cv-12423 | Honorable Indira Talwani |
| 9 | **Plaintiff(s):** Jane Doe NLG (BJ) **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:25-cv-07369-SK | Magistrate Judge Sallie Kim |
| 10 | **Plaintiff(s):** Doe CM | U.S. District Court, California Northern District | 3:25-07396 | Magistrate Judge Sallie Kim |

| | | | | |
|---|---|---|---|---|
| | **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | | | |
| 11 | **Plaintiff(s):** Jane Doe (I.H.) **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:25-cv-07412-SK | Magistrate Judge Sallie Kim |
| 12 | **Plaintiff(s):** Jane Doe (E.J.) **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Texas Northern District | 3:25-cv-02464-K | Honorable Ed Kinkeade |
| 13 | **Plaintiff(s):** Jane Doe **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, Texas Southern District | 4:25-cv-04346 | Honorable Ewing Werlein, Jr. |
| 14 | **Plaintiff(s):** Jane Doe (S.M.) **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:25-cv-07929-TSH | Magistrate Judge Thomas S. Hixson |
| 15 | **Plaintiff(s):** Jane Doe (R.P.) **Defendant(s):** Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, inclusive | U.S. District Court, California Northern District | 3:25-cv-07930-AGT | Magistrate Judge Alex G. Tse |

| 16 | **Plaintiff(s): J.S. Defendant(s): Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive, Inc.** | U.S. District Court, Georgia Northern District | 1:25-cv-05350 | Honorable Steven D. Grimberg |
|---|---|---|---|---|
| 17 | **Plaintiff(s): CLF L001 Defendant(s): Lyft, Inc., a Delaware Corporation; and DOES 1–50, Inclusive** | U.S. District Court, New York Southern District | 7:25-cv-08206-JGLC | Honorable Jessica G.L. Clarke |