BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re Lyft, Inc. Passenger Sexual Assault Litigation* | MDL No. 3171 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing document, along with the Schedule of Actions and this Certificate of Service, was served by CM/ECF and/or as set forth below:

DATED: October 21, 2025

/s/ David Randall J. Riskin

Beth A. Stewart
David Randall J. Riskin
A. Joshua Podoll
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

**Means v. Lyft, Inc., 4:24-cv-00177-MMC (N.D. Cal.)**

Served via electronic mail:

Adam B. Wolf
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: awolf@pwcklegal.com

1

Sara Beth Craig
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: scraig@peifferwolf.com

Rachel Beth Abrams
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: rabrams@peifferwolf.com

*Counsel for Plaintiff Tabatha Means*

## Spano v. Lyft, Inc., 3:24-cv-00799-MMC (N.D. Cal.)

Served via electronic mail:

Rachel Beth Abrams
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111

Email: rabrams@peifferwolf.com

Adam B. Wolf
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: awolf@pwcklegal.com

Sara Beth Craig
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: scraig@peifferwolf.com

*Counsel for Plaintiff Laurie Spano*

**Stencel v. Lyft, Inc., 4:24-cv-01535-MMC (N.D. Cal.)**

Served via electronic mail:

Rachel Beth Abrams
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: rabrams@peifferwolf.com

Sara Beth Craig
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: scraig@peifferwolf.com

*Counsel for Plaintiff Maribeth Stencel*

**K.T. v. Lyft Inc et al, 2:25-cv-01589-DWC (W.D. Wash)**

Served via electronic mail:

Corrie Johnson Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Email: corrie@cjylaw.com

Alexandra M. Walsh
ANAPOL WEISS
14 Ridge Square, 3rd Floor
Washington, DC 20016
Email: awalsh@anapolweiss.com

Holly Dolejsi
ANAPOL WEISS
60 South 6th Street, Suite 2800
Minneapolis, MN 55402
Email: hdolejsi@anapolweiss.com

Paige Boldt
ANAPOL WEISS
325 N Saint Paul St, Suite 3100
Dallas, TX 75201
Email: pboldt@anapolweiss.com

*Counsel for Plaintiff K.T.*

## **J.E. v. Lyft, Inc. et al., 1:25-cv-027876 (D.Md.)**

Served via ECF and electronic mail:

Samantha Hoefs
Nigh Goldenberg Raso & Vaughn PLLC
60 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Email: shoefs@nighgoldenberg.com

Amanda Fox Perry Fox McKenna PLLC
14 Ridge Square NW
Washington, DC 20016
Email: amanda@foxmckenna.com
*Counsel for Plaintiff J.E.*

## **K.S. v. Lyft, Inc. et al., 3:35-cv-00649 (W.D.N.C.)**

Served via electronic mail:

Erin Johnson Ruben
Lee Segui PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: eruben@leesegui.com

Alexandra M. Walsh
ANAPOL WEISS
14 Ridge Square, 3rd Floor
Washington, DC 20016
Email: awalsh@anapolweiss.com

4

Holly Dolejsi
ANAPOL WEISS
60 South 6th Street, Suite 2800
Minneapolis, MN 55402
Email: hdolejsi@anapolweiss.com

Paige Boldt
ANAPOL WEISS
325 N Saint Paul St, Suite 3100
Dallas, TX 75201
Email: pboldt@anapolweiss.com

*Counsel for Plaintiff K.S.*

### Heather Bland v. Lyft, Inc. et al. 2:25-cv-02236-JEH-RLH (C.D. Ill.)

Served via electronic mail:

Matthew J. Goldstein
Wallace Miller
200 W. Madison St., Suite 3400
Chicago, IL 60606
Email: mjg@wallacemiller.com

Alexandra M. Walsh
ANAPOL WEISS
14 Ridge Square, 3rd Floor
Washington, DC 20016
Email: awalsh@anapolweiss.com

Holly Dolejsi
ANAPOL WEISS
60 South 6th Street, Suite 2800
Minneapolis, MN 55402
Email: hdolejsi@anapolweiss.com

Paige Boldt
ANAPOL WEISS
325 N Saint Paul St, Suite 3100
Dallas, TX 75201
Email: pboldt@anapolweiss.com

*Counsel for Plaintiff Heather Bland*

### A.D., an individual v. Lyft, Inc. et al. 25-cv-12423 (D.Mass.)

Served via electronic mail:

Kimberly A. Dougherty Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Email: kim@justicelc.com

Kelly A. Guagenty
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Email: kelly@justicelc.com

Eric T. Chaffin
CHAFFIN LUHANA LLP
600 Third Ave, 12th Floor
New York, New York 10016
Email: chaffin@chaffinluahan.com

Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Ave, 12th Floor
New York, New York 10016
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff A.D.*

### Doe NLG (B.J.) v. Lyft, Inc. 3:25-cv-07369-SK (N.D.Cal.)

Served via electronic mail:

John Warren Raggio
Nachawati Law Group
Dallas, TX 75231
Email: jraggio@ntrial.com

*Counsel for Plaintiff Jane Doe CM*

### Doe CM v. Lyft, Inc. et al, 3:25-cv-07396-SK (N.D.Cal.)

Served via electronic mail:

Steve Schulte
5489 Blair Road
Dallas, TX 75231
Email: schulte@ntrial.com

Arati Chauhan Furness
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231
Email: afurness@ntrial.com

John Warren Raggio
Nachawati Law Group
Dallas, TX 75231
Email: jraggio@ntrial.com

*Counsel for Plaintiff Doe CM*

### Doe (I.H.) v. Lyft, Inc. 3:25-cv-07412-SK (ND.Cal.)

Served via electronic mail:

Arati Chauhan Furness
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231
Email: afurness@ntrial.com

John Warren Raggio
Nachawati Law Group
Dallas, TX 75231
Email: jraggio@ntrial.com
*Counsel for Plaintiff Doe (I.H.)*

### Jane Doe (E.J.) v. Lyft, Inc. 3:25-cv-02464-K (N.D.Tex.)

Served via electronic mail:

Steven Scott Schulte
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231
Email: asoto@ntrial.com

*Counsel for Plaintiff Jane Doe (E.J.)*

### Doe v. Lyft, Inc. et al., 4:25-cv-04346 (S.D.Tex.)

Served via electronic mail:

James Andrew Holcomb
Reich & Binstock LLP
4265 San Felipe
Suite 100
Houston, TX 77027
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff Jane Doe*

### Doe (S.M.) v. Lyft, Inc. 3:25-cv-07929-TSH (N.D. Cal.)

Served via electronic mail:

Conor Roe Nideffer
Law Office of Conor R. Nideffer
600 W. Broadway #700
San Diego, CA 92101
Email: conor@nidefferlaw.com

*Counsel for Plaintiff Doe (S.M.)*

**Doe (R.P.) v. Lyft, Inc. 3:25-cv-07930-AGT**

Served via electronic mail:

Conor Roe Nideffer
Law Office of Conor R. Nideffer
600 W. Broadway #700
San Diego, CA 92101
Email: conor@nidefferlaw.com

*Counsel for Plaintiff Doe (R.P..)*

**J.S. v. Lyft, Inc. et al. 1:25-cv-05350-SDG (N.D. Ga.)**

Served via electronic mail:

Caroline McGlamry
POPE MCGLAMRY
3391 Peachtree Road, Suite 300
Atlanta, GA 30326
Email: carolinemcglamry@pmkm.com

Courtney Mohammadi
POPE MCGLAMRY
3391 Peachtree Road, Suite 300
Atlanta, GA 30326
Email: courtneymohammadi@pmkm.com

*Counsel for Plaintiff J.S.*

**CLF L001 v. Lyft, 7:25-cv-08206 (S.D.N.Y.)**

Served via electronic mail:

Ryan Clarkson
CLARKSON LAW FIRM PC
22525 Pacific Coast Highway
Malibu, CA 90265
Email: rclarkson@clarksonlawfirm.com

*Counsel for Plaintiff CLF L001*