BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Lyft, Inc. Passenger Sexual Assault Litigation* | ) ) MDL Docket No. \_\_\_\_3171\_\_\_\_ ) ) |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff in *Jane Doe 1 v. Lyft, Inc.*, Case No. 1:25-cv-03325-STV, District of Colorado, hereby notifies the Panel of a related action involving common questions of fact with the actions previously transferred to or pending in MDL No. 3171.

### I.   RELEVANT CASE INFORMATION

**Case Caption:** *Jane Doe 1 v. Lyft, Inc.*

**Court:** United States District Court for the District of Colorado

**Civil Action No.:** 1:25-cv-03325-STV

**Judge:** Hon. Scott T. Varholak (pending consent to magistrate jurisdiction)

**Date Filed:** October 21, 2025

**Nature of Action:** The action alleges various claims against Defendant Lyft, Inc. ("Lyft"), namely that Lyft bears liability for the sexual assault of Plaintiff while Plaintiff was using the Lyft platform.

### II.   BASIS FOR RELATIONSHIP

The above-captioned action shares common questions of fact and law with the actions listed in the schedule of actions appended to the Motion to Transfer in MDL No. 3171. *See* Dkt. 1-2. These common questions of fact and law include allegations concerning Lyft's inadequate

safety precautions, inadequate screening of drivers, and misrepresentations as to safety, which allowed predators to contact, groom, meet with, and/or assault riders including Plaintiff.

## III. STATUS OF THE ACTION

This action was filed on October 21, 2025, and is currently pending before Magistrate Judge Scott T. Varholak in the United States District Court for Colorado (pending the parties' consent to magistrate jurisdiction). No substantive rulings have been issued. Defendant Lyft, Inc. has not yet entered an appearance or filed any responsive pleading.

## IV. RELEVANT DOCUMENTS

Pursuant to Panel Rule 7.1(a), copies of the filed-stamped Complaint and docket sheet are attached to this notice as Exhibits A and B, respectively.

Dated: October 21, 2025

Respectfully submitted,

*/s/ Benjamin Gillig*
Benjamin Gillig (CO Bar #56144)
Wagstaff Law Firm
940 Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360
Fax: 888-875-2889
Email: bgillig@wagstafflawfirm.com

*Counsel for Movant Jane Doe 1*