**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL Docket No. 3171 |

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jane Doe 1 | Lyft, Inc. | District of Colorado | 1:25-cv-03325-STV | Magistrate Judge Scott T. Varholak |