BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Lyft, Inc. Passenger Sexual Assault Litigation* | ) ) ) ) ) MDL Docket No. ____3171____ |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and this Certificate of Service was served on October 21, 2025, to the following:

**Doe v. Lyft, Inc. et al, 2:23-CV-02548 (D. Kan.)**

Served via electronic mail:

Brooke Sikora Purcell
Sheppard, Mullin, Richter & Hampton LLP - SF
Four Embarcadero Center, Floor 17
San Francisco, CA 94111
Email: bpurcell@sheppardmullin.com

Ian S. Wahrenbrock
Sheppard, Mullin, Richter & Hampton LLP - NY
30 Rockefeller Plaza
New York, NY 10112
Email: iwahrenbrock@sheppardmullin.com

John L. Kellogg
Wallace Saunders
10111 West 87th Street
Overland Park, KS 66212
Email: jkellogg@wallacesaunders.com

John M. Ross
Wallace Saunders, Chartered - OP
10111 W. 87th Street
Overland Park, KS 66212
Email: jross@wallacesaunders.com

Katerina Mantell

Andrew J. Goodwin
Goodwin Johnston LLC
1100 Main Street, Suite 2201
Kansas City, MO 64105
Email: drew@goodwinjohnston.com

Matthew A. Johnston
Goodwin Johnston LLC
1100 Main Street, Suite 2201
Kansas City, MO 64105
Email: matt@goodwinjohnston.com

*Counsel for Plaintiff Doe*

1

Sheppard, Mullin, Richter & Hampton LLP - NY
30 Rockefeller Plaza
New York, NY 10112
Email: kmantell@sheppardmullin.com

Kathleen Hardee
Wallace Saunders, Chartered - OP
10111 W. 87th Street
Overland Park, KS 66212
Email: khardee@wallacesaunders.com

Lindsay Stone
Sheppard, Mullin, Richter & Hampton LLP - NY
30 Rockefeller Plaza
New York, NY 10112
Email: lstone@sheppardmullin.com

*Counsel for Defendant Lyft, Inc.*

## **Means v. Lyft, Inc., 4:24-cv-00177-MMC (N.D. Cal.)**

Served via electronic mail:

Beth A. Stewart
Williams & Connolly
680 Maine Avenue, S.W.
Washington, DC 20024
Email: bstewart@wc.com

Warren Melitzky
Conrad Melitzky Kane LLP
217 Leidesdorff Street
San Francisco, CA
wmelitzky@conmetkane.com

David Randall J. Riskin
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Email: driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

Adam B. Wolf
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: awolf@pwcklegal.com

Sara Beth Craig
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: scraig@peifferwolf.com

Rachel Beth Abrams
Peiffer Wolf Carr Kane Conway & Wise LLP
555 Montgomery Street, Suite 820
San Francisco, CA 84111
Email: rabrams@peifferwolf.com

2

*Counsel for Plaintiff Tabatha Means*

**Spano v. Lyft, Inc., 3:24-cv-00799-MMC (N.D. Cal.)**

Served via electronic mail:

| | |
|---|---|
| Warren Melitzky<br>Conrad Melitzky Kane LLP<br>217 Leidesdorff Street<br>San Francisco, CA<br>wmelitzky@conmetkane.com<br><br>Beth A. Stewart<br>Williams & Connoly<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>Email: bstewart@wc.com<br><br>David Randall J. Riskin<br>Williams & Connolly LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Email: driskin@wc.com<br><br>*Counsel for Defendant Lyft, Inc.* | Rachel Beth Abrams<br>Peiffer Wolf Carr Kane Conway & Wise LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 84111<br>Email: rabrams@peifferwolf.com<br><br>Adam B. Wolf<br>Peiffer Wolf Carr Kane Conway & Wise LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 84111<br>Email: awolf@pwcklegal.com<br><br>Sara Beth Craig<br>Peiffer Wolf Carr Kane Conway & Wise LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 84111<br>Email: scraig@peifferwolf.com<br><br>*Counsel for Plaintiff Laurie Spano* |

**Stencel v. Lyft, Inc., 4:24-cv-01535-MMC (N.D. Cal.)**

Served via electronic mail:

| | |
|---|---|
| Beth A. Stewart<br>Williams & Connoly<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>Email: bstewart@wc.com<br><br>David Randall J. Riskin<br>Williams & Connolly LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Email: driskin@wc.com | Rachel Beth Abrams<br>Peiffer Wolf Carr Kane Conway & Wise LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 84111<br>Email: rabrams@peifferwolf.com<br><br>Sara Beth Craig<br>Peiffer Wolf Carr Kane Conway & Wise LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 84111 |

Warren Melitzky
Conrad Melitzky Kane LLP
217 Leidesdorff Street
San Francisco, CA
wmelitzky@conmetkane.com

*Counsel for Defendant Lyft, Inc.*

Email: scraig@peifferwolf.com

*Counsel for Plaintiff Maribeth Stencel*

### K.T. v. Lyft Inc et al, 2:25-cv-01589-DWC (W.D. Wash)

Served via electronic mail:

No counsel noticed as of August 27, 2025

*Counsel for Defendant Lyft, Inc.*

Corrie Johnson Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Email: corrie@cjylaw.com

*Counsel for Plaintiff K.T.*

### K.S. v. Lyft, Inc. et al., 3:35-cv-00649 (W.D.N.C.)

Served via electronic mail:

No counsel noticed as of August 27, 2025

*Counsel for Defendant Lyft, Inc.*

Erin Johnson Ruben
Lee Segui PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: eruben@leesegui.com

*Counsel for Plaintiff K.S.*

### J.E. v. Lyft, Inc. et al., 1:25-cv-027876 (D.Md.)

Served via electronic mail:

No counsel noticed as of August 27, 2025

*Counsel for Defendant Lyft, Inc.*

Amanda Fox Perry
Fox McKenna PLLC
14 Ridge Square NW
Washington, DC 20016
Email: amanda@foxmckenna.com

*Counsel for Plaintiff J.E.*

### Heather Bland v. Lyft, Inc. et al. 2:25-cv-02236-JEH-RLH (C.D. Ill.)

Served via electronic mail:

No counsel noticed as of October 21, 2025

*Counsel for Defendant Lyft, Inc.*

Matthew J. Goldstein
Wallace Miller
200 W. Madison St., Suite 3400
Chicago, IL 60606
Email: mjg@wallacemiller.com

*Counsel for Plaintiff Heather Bland*

### A.D., an individual v. Lyft, Inc. et al. 25-cv-12423 (D.Mass.)

Served via electronic mail:

No counsel noticed as of October 21, 2025

*Counsel for Defendant Lyft, Inc.*

Kimberly A. Dougherty
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Email: kim@justicelc.com

*Counsel for Plaintiff A.D.*

### Doe (I.H.) v. Lyft, Inc. 3:25-cv-07412-SK (ND.Cal.)

Served via electronic mail:

No counsel noticed as of October 21, 2025

*Counsel for Defendant Lyft, Inc.*

Arati Chauhan Furness
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231
Email: afurness@ntrial.com

John Warren Raggio
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231
Email: jraggio@ntrial.com

*Counsel for Plaintiff Doe (I.H.)*

### Doe NLG (B.H.) v. Lyft, Inc. 3:25-cv-07369-SK (N.D.Cal.)

Served via electronic mail:

No counsel noticed as of October 21, 2025   John Warren Raggio

|  |  |
|---|---|
| *Counsel for Defendant Lyft, Inc.* | Nachawati Law Group<br>Dallas, TX 75231<br>Email: jraggio@ntrial.com<br><br>*Counsel for Plaintiff Jane Doe CM* |

### Doe CM v. Lyft, Inc. et al, 3:25-cv-07396-SK (N.D.Cal.)

Served via electronic mail:

|  |  |
|---|---|
| No counsel noticed as of September 17, 2025<br><br>*Counsel for Defendant Lyft, Inc.* | Steve Schulte<br>5489 Blair Road<br>Dallas, TX 75231<br>Email: schulte@ntrial.com<br><br>Arati Chauhan Furness<br>Nachawati Law Group<br>5489 Blair Road<br>Dallas, TX 75231<br>Email: afurness@ntrial.com<br><br>John Warren Raggio<br>Nachawati Law Group<br>Dallas, TX 75231<br>Email: jraggio@ntrial.com<br><br>*Counsel for Plaintiff Doe CM* |

### Jane Doe (E.J.) v. Lyft, Inc. 3:25-cv-02464-K (N.D.Tex.)

Served via electronic mail:

|  |  |
|---|---|
| No counsel noticed as of October 21, 2025<br><br>*Counsel for Defendant Lyft, Inc.* | Steven Scott Schulte<br>Nachawati Law Group<br>5489 Blair Road<br>Dallas, TX 75231<br>Email: asoto@ntrial.com<br><br>*Counsel for Plaintiff Jane Doe (E.J.)* |

### Doe v. Lyft, Inc. et al., 4:25-cv-04346 (S.D.Tex.)

Served via electronic mail:

|  |  |
|---|---|
| No counsel noticed as of October 21, 2025 | James Andrew Holcomb<br>Reich & Binstock LLP<br>4265 San Felipe |

*Counsel for Defendant Lyft, Inc.*

Suite 100
Houston, TX 77027
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff Jane Doe*

### **J.S. v. Lyft, Inc. et al. 1:25-cv-05350-SDG (N.D. Ga,)**

Served via electronic mail:

No counsel noticed as of October 21, 2025

*Counsel for Defendant Lyft, Inc.*

Caroline McGlamry
Pope McGlamry
3391 Peachtree Road, Suite 300
Atlanta, GA 30326
Email: carolinemcglamry@pmkm.com

Courtney Mohammadi
Pope McGlamry
3391 Peachtree Road, Suite 300
Atlanta, GA 30326
Email: courtneymohammadi@pmkm.com

*Counsel for Plaintiff J.S.*

Dated: October 21, 2025

Respectfully submitted,

*/s/ Benjamin Gillig*
**Benjamin Gillig (CO Bar #56144)**
Wagstaff Law Firm
940 Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360
Fax: 888-875-2889
Email: bgillig@wagstafflawfirm.com

*Counsel for Plaintiff Jane Doe 1*