BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| *In re: Lyft, Inc., Passenger Sexual Assault* | MDL No. 3171 |
|---|---|

SCHEDULE OF ACTIONS

Peiffer Wolf Carr Kane Conway & Wise, LLP represents Plaintiffs in the below-referenced civil actions indicated below:

| | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1. | Plaintiff(s): Tabatha Means Defendant(s): Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-00177-MMC | Honorable Maxine M. Chesney |
| 2. | Plaintiff(s): Laurie Spano Defendant(s): Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-00799-MMC | Honorable Maxine M. Chesney |
| 3. | Plaintiff(s): Maribeth Stencel Defendant(s): Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive | U.S. District Court, California Northern District | 3:24-cv-01535-MMC | Honorable Maxine M. Chesney |