### BEFORE THE UNITED STATES JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| *In re: Lyft, Inc. Passenger Sexual Assault Litigation* | ) ) ) ) | MDL Docket No. _____ 3171 |

---

### NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff in *E.J. v. Lyft, Inc*., Case No. 3:25-cv-02958-L, Northern District of Texas, hereby notifies the Panel of a related action involving common questions of fact with the actions previously transferred to or pending in MDL No. 3171.

## I.    RELEVANT CASE INFORMATION

**Case Caption:** *E.J. v. Lyft, Inc.*

**Court:** United States District Court for the Northern District of Texas

**Civil Action No.:**  3:25-cv-02958-L

**Judge:** Hon. Sam Lindsay

**Date Filed:** October 30, 2025

**Nature of Action:** The action alleges various claims against Defendant Lyft, Inc. ("Lyft"), namely that Lyft bears liability for the sexual assault of Plaintiff while Plaintiff was using the Lyft platform.

## II.    BASIS FOR RELATIONSHIP

The above-captioned action shares common questions of fact and law with the actions listed in the schedule of actions appended to the Motion to Transfer in MDL No. 3171. *See* Dkt. 1-2. These common questions of fact and law include allegations concerning Lyft's inadequate

safety precautions, inadequate screening of drivers, and misrepresentations as to safety, which allowed predators to contact, groom, meet with, and/or assault riders including Plaintiff.

## III.    STATUS OF THE ACTION

This action was filed on October 30, 2025, and is currently pending before the Honorable Sam Lindsay in the United States District Court for the Northern District of Texas. No substantive rulings have been issued. Defendant Lyft, Inc. has not yet entered an appearance or filed any responsive pleading.

## IV.    RELEVANT DOCUMENTS

Pursuant to Panel Rule 7.1(a), copies of the filed-stamped Complaint and docket sheet are attached to this notice as Exhibits A and B, respectively.

Dated: October 31, 2025

Respectfully submitted,

*/s/ Samantha Hoefs*
Samantha Hoefs
Nigh Goldenberg Raso & Vaughn PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
Phone: (612) 445-0202
Email: shoefs@nighgoldenberg.com

*Counsel for Plaintiff E.J.*