BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Lyft, Inc. Passenger Sexual Assault Litigation* | ) ) ) ) )    MDL Docket No.    3171 |

## MOTION TO WITHDRAW FROM PETITION FOR CENTRALIZATION AND CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

Pursuant to Rule 6.3 of this Panel's Rules of Procedure, Plaintiff J.E. in *J.E. v. Lyft, Inc. et al.*, 1:25-cv-02786-JRR moves to withdraw her October 6, 2025 Motion for Transfer and Centralization pursuant to 28 U.S.C. § 1407. MDL 3171 ECF 1 (Oct. 22, 2025). The Motion seeks transfer of 17 actions to the Northern District of California or, in the alternative, the Western District of Washington. *Id.* Since the date of filing, related actions have been filed on a steady basis with nine related actions also on file. *See* MDL 3171 Docket.

In support of her motion to withdraw, Movant states as follows:

1. As of January 26, 2026, Plaintiff J.E. no longer has standing to bring her Motion for Transfer and Centralization.

2. Due to her lack of standing, Plaintiff J.E. takes no position on whether transfer and centralization of the 24 related actions pending as of the time of filing is appropriate pursuant to 28 U.S.C. § 1407.

WHEREFORE, Plaintiff J.E. respectfully requests that the Panel grant permission to withdraw Plaintiff J.E.'s Petition with prejudice.

Dated: January 26, 2026

Respectfully submitted,

*/s/ Samantha Hoefs*
**Samantha Hoefs**
Marlene Goldenberg
Nigh Goldenberg Raso & Vaughn PLLC
60 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: 612.445.0202
Facsimile: 202.297.7297
Email: shoefs@nighgoldenberg.com

*Counsel for Plaintiff J.E.*