BETH A. STEWART
DAVID RANDALL J. RISKIN
A. JOSHUA PODOLL
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:     (202) 434-5000
Facsimile:     (202) 434-5029
Email:  bstewart@wc.com
Email:  driskin@wc.com
Email:  apodoll@wc.com

WARREN METLITZKY
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     (415) 343-7100
Facsimile:     (415) 343-7101
Email:  wmetlitzky@conmetkane.com

*Attorneys for Lyft, Inc.*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3171 |

**LYFT, INC.'S RESPONSE AND CROSS MOTION TO CLOSE MDL 3171 OR, IN THE ALTERNATIVE, TO CONTINUE THE JANUARY 29, 2026 HEARING**

Plaintiff J.E., the party who initiated this proceeding by moving for a transfer order (ECF 1), has sought to withdraw that motion (ECF 52).  Given that request, and under Panel Rule 6.3, Lyft responds and cross moves to close this proceeding.  This relief is appropriate given that the party on whose motion this proceeding began no longer seeks to pursue that motion, or the transfer of actions the motion contemplates.  (Notably, Plaintiff's counsel has no other unresolved cases that would be relevant to this action.)  In the alternative, Lyft asks that the January 29, 2026 hearing on Plaintiff J.E.'s motion be continued to the Panel's next sitting,

which will give the parties an opportunity to address the effect of Plaintiff's motion; to pursue informal resolution discussions; and to permit, if necessary, a different plaintiff to file a formal motion to transfer actions in light of Plaintiff J.E.'s withdrawal.

Lyft otherwise stands by its argument that an MDL is unwarranted given, among other reasons, the existing coordinated proceeding in state court in which plaintiffs represented by counsel who have filed interested-party petitions are participating.

| | |
|---|---|
| DATED:  January 26, 2026 | /s/ *David Randall J. Riskin* <br> Beth A. Stewart <br> David Randall J. Riskin <br> A. Joshua Podoll <br> WILLIAMS & CONNOLLY LLP <br> 680 Maine Ave., S.W. <br> Washington, DC 20024 <br> Tel: (202) 434-5000 <br> Fax: (202) 434-5029 <br><br> Warren Metlitzky <br> CONRAD | METLITZKY | KANE LLP <br> 217 Leidesdorff St. <br> San Francisco, CA 94111 <br> Tel:  (415) 343-7100 <br> Fax: (415) 343-7101 <br><br> *Attorneys for Lyft, Inc.* |